IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MARGARET SUE INMON                                                                              PLAINTIFF

V.                                                                       CIVIL ACTION NO. 1:16CV209-NBB-DAS

MUELLER COPPER TUBE COMPANY, INC.                                                    DEFENDANT

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is **GRANTED**, and this case is dismissed with prejudice and closed.

This, the 16th day of February, 2018.

                                                         /s/ Neal Biggers
                                                         NEAL B. BIGGERS, JR.
                                                         UNITED STATES DISTRICT JUDGE